IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ning Ye, et al<br><br>    Petitioners<br><br>        vs.<br><br>George W. Bush<br>    Respondent | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action <br> ) No. 1:08-cv-00991 <br> ) Judge: The Hon. Henry Kennedy <br> ) |

## PETITIONERS MOTION FOR VOLUNTARY DISMISSAL OF THE PETITION FOR WRIT OF MANDAMUS AGAINST G.W. BUSH

Come now, the petitioners, being concerned U.S. citizens, respectfully move that their Petition for Writ of Mandamus seeking for injunction from this Honorable Court to ban the Respondent from further morally endorsing the totalitarian Beijing Regime by personally attending, as the Head of State of the United States, the world's leading Democracy, 2008 Summer Olympic Games, together with his father, George Bush, Sr., be dismissed for the following reasons:

1. The Respondent has issued a "Freedom Mission" political position announcement, which indicates his deviation from his original position that his attendance of 2008 Beijing Olympic Games, a replica of 1936 Berlin Nazi Olympic Games, would be non-political, which should not have been politicized. With the most recent change of circumstances, a U.S. Federal Court may lacks jurisdiction over the Executive Branch's "Freedom Mission", because a publicly pronounced "Freedom Mission" taken by the Administration may be interpreted as a "political question" now, in the eyes of law; Petitioners here sincerely wish the Respondent would honor his publicly pronounced rhetoric, and bringing back certain concrete proof of his achievements of *Freedom* from Beijing, the Red China, namely, the "People's Republic"(Volks Reich);

1

2. Acting on their own conscience, rather than any other incentives, that are absolutely nothing, Petitioners have exhausted their efforts and extremely limited resources trying to prevent something that they believe one of the worst from happening; Petitioners have sent their message, by their way, into the collective recollection of mankind at this most troubling period, while peaceful Falun Gongs and Tibetans are being massively killed in Beijing's pattern of on-going genocide;

3. Heads of State from free mankind attending Summer Olympic Games sponsored by a totalitarian regime is not unprecedented.

4. The ultimate issue, the cause of action, for this instant case will soon become moot because the Respondent will anyway start his "freedom mission trip" towards Beijing, the People's Republic any way in course of hours. To continue to have this case stay in pending status does not help cause of human rights. Therefore, timely petition for voluntary dismissal may be the best exit to Petitioners.

Due to all these developments after this Petition for Writ was docketed, the Petitioners respectfully move for voluntary termination of the case. Consequently, the Petitioner gratefully, and respectfully prays that their Petition for Writ is voluntarily dismissed.

Respectfully submitted

_____
Ning Ye, pro se

_____
Charles T. Yan, pro se

_____
Joshua Hope, pro se

2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4TH day of August, 2008, he caused to be served by first class mail, postage prepaid, upon the addressees below a copy of the within captioned Motion for Voluntary Dismissal:

George W. Bush
The President of the United States
C/o
Civil Process Clerk
The Attorney General's Office
950 Pennsylvania Avenue, NW
Washington, DC 20530

_____
Ning Ye, Petitioner, *pro se*

3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name )<br>_[illegible]_ 2 5 2008 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Civil Proc. Clerk<br>Atty Gen. Office<br>950 Penn. Ave NW<br>Wash, DC 20535 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label)   7002 1000 0004 6668 7146 | | |
| PS Form 3811, February 2004   Domestic Return Receipt | | 102595-02-M |