UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NING YE, et al.,**<br><br>　　　　　　　**Petitioners,**<br><br>　　　v.<br><br>**GEORGE W. BUSH, President of the United States,**<br><br>　　　　　　　**Respondent.** | Civil Action 08-00991  (HHK) |

**ORDER OF DISMISSAL**

Petitioners have filed a motion for voluntary dismissal of their Petition for Writ of Mandamus [#2]. Upon consideration thereof, the court determines that the motion must be granted. Accordingly, it is this 7th day of August 2008, hereby

**ORDERED** that this action is **DISMISSED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge